IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dyer, Gary G

Printed: 5/27/08

Case Number: 07 B 02981
Judge: Wedoff, Eugene R
Filed: 2/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  May 21, 2008
Confirmed:  April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,160.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 5,478.16 |
| Administrative: |  | 1,295.20 |
| Trustee Fee: |  | 386.64 |
| Other Funds: |  | 0.00 |
| Totals: | 7,160.00 | 7,160.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,295.20 | 1,295.20 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 50,643.18 | 5,478.16 |
| 5. | Internal Revenue Service | Unsecured | 7,381.66 | 0.00 |
| 6. | Capital One | Unsecured | 140.71 | 0.00 |
| 7. | Capital One | Unsecured | 125.57 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 148.12 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 1,662.55 | 0.00 |
| 10. | Loyola University Phys Foundation | Unsecured | 75.37 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 67.87 | 0.00 |
| 12. | Hoevel & Associates P C | Unsecured | 897.91 | 0.00 |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Bridgeport Foot & Ankle | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Andrew Hansen | Unsecured |  | No Claim Filed |
| 17. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 19. | Grand Victoria Casino | Unsecured |  | No Claim Filed |
| 20. | Dr J Betman | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 24. | Joseph Lasorella | Unsecured |  | No Claim Filed |
| 25. | Illinois College of Optometry | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dyer, Gary G

Printed: 5/27/08

Case Number: 07 B 02981
Judge: Wedoff, Eugene R
Filed: 2/21/07

| | | | |
|---|---|---|---|
| 26. | John Fitzpatrick | Unsecured | No Claim Filed |
| 27. | SKO Brenner American | Unsecured | No Claim Filed |
| 28. | Mercy Hospital | Unsecured | No Claim Filed |
| 29. | Receivables Performance | Unsecured | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | No Claim Filed |
| 31. | Mercy Hospital | Unsecured | No Claim Filed |

$ 62,438.14      $ 6,773.36

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 386.64 |

$ 386.64

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____